IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| CHARLES MITCHELL, 09083221,<br>             Plaintiff, | )<br>)<br>) |
| v. | )     No. 3:11-CV-1608-D |
| DALLAS COUNTY JAIL, ET. AL.,<br>             Defendants. | )<br>)<br>) |

## ORDER

After conducting a *de novo* review, the court finds that the findings, conclusions, and recommendation of the magistrate judge are correct, and they are adopted as the findings and conclusions of the court.

Because it is clear from plaintiff's November 9, 2011 objection that he has no intention of paying the $350 filing fee, the court need not await a period of time for him to tender the fee before dismissing his case under 28 U.S.C. § 1915(g).

**SO ORDERED**.

November 14, 2011.

                                                          SIDNEY A. FITZWATER
                                                         CHIEF JUDGE